**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*
*973-645-2700*

November 10, 2026

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention: Antigone Owens-Krefski, Deputy Clerk

Re: *United States v. Scott Sand*
Related to: *United States v. Jon Fullenkamp*, Crim. No. 25-792

Dear Ms. Owens-Krefski:

Enclosed for assignment is an Information charging defendant Scott Sand with conspiracy to commit securities fraud, contrary to 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5, in violation of 18 U.S.C. § 371. The charge in the Information arose from the same events that form the basis for the Information in the other matter referenced above, which was assigned to the Honorable Christine P. O'Hearn, United States District Judge. Pursuant to Local Criminal Rule 18.1, we are informing you of the relationship of these cases so that you may determine whether these matters should be considered related and assigned to the same District Judge in the interests of judicial economy.

Very truly yours,

ROBERT FRAZER
United States Attorney

By: Elaine K. Lou
Chief, Criminal Division

Encl.